**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2292**

_____

STEVEN L. HINSON,

             Plaintiff - Appellant,

        v.

COLUMBIA, CITY OF,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, Senior
District Judge.  (3:12-cv-01032-MBS)

_____

Submitted: March 27, 2014          Decided: March 31, 2014

_____

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven L. Hinson, Appellant Pro Se.  William Allen Nickles, III,
NICKLES LAW FIRM, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Hinson appeals the district court's order granting summary judgment in favor of the City of Columbia in his action alleging claims for failure to rehire and failure to accommodate pursuant to the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hinson v. Columbia, No. 3:12-cv-01032-MBS (D.S.C. filed Sept. 24, 2013; entered Sept. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED